UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLICE CARTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAHMAN YATES,<br><br>　　　　　Defendant. | No. 2:15-cv-2679-JAM-KJN (PS)<br><br><br>ORDER |

　　　　Presently before the court is plaintiff's motion styled as a "motion for hearing before a senior judge." (ECF No. 10.) Liberally construed, it appears that plaintiff requests that this case be heard and reviewed by the presiding district judge. Findings and Recommendations are currently pending in this action recommending that this case be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) based on plaintiff's multiple failures to follow court orders directing her to file an amended complaint that addresses the fundamental pleading deficiencies set forth in her previously dismissed complaints. (ECF No. 9.) The conclusions of law within these Findings and Recommendations will be reviewed de novo by the presiding district judge. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

////

////

////

1

1     Accordingly, IT IS HEREBY ORDERED that plaintiff's "motion for hearing before a senior judge" (ECF No. 10) is DENIED as moot.

    IT IS SO ORDERED.

Dated:  July 27, 2016

                            KENDALL J. NEWMAN
                            UNITED STATES MAGISTRATE JUDGE